```
 1   LAWRENCE K. ROCKWELL, #72410
     ERIC DONEY, #76260
 2   JULIE E. HOFER, #152185
     DONAHUE GALLAGHER WOODS LLP
 3   Attorneys at Law
     300 Lakeside Drive, Suite 1900
 4   Oakland, California 94612-3570
     Telephone:    (510) 451-0544
 5   Facsimile:    (510) 832-1486
     Email:        julie@donahue.com
 6
     Attorneys for Plaintiffs
 7   ADOBE SYSTEMS INCORPORATED,
     COREL CORPORATION, and
 8   QUARK, INC.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, and QUARK, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BALDA and PAULETTE BALDA, individuals, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 08-04891 VRW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date: February 12, 2009<br>Requested Date: March 12, 2009<br>Time: 3:30 p.m.<br>Dept.: Courtroom 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

## STIPULATION

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiffs Adobe Systems Incorporated, Corel Corporation, and Quark, Inc., by and through their counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendants Michael Balda and Paulette Balda, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for February 12, 2009 be postponed until ~~March 12, 2009~~ April 2, 2009 at 3:30 p.m., and that all related dates be adjusted accordingly.

The parties are engaged in settlement discussions that the parties expect to result in resolution of this action before March 12, 2009.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: January 23, 2009        DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED
COREL CORPORATION
QUARK, INC.

Dated: January 13, 2009        MICHAEL BALDA

By: _____
Michael Balda
Defendant Pro Per

Dated: January ___, 2009        PAULETTE BALDA

By: _____
Paulette Balda
Defendant Pro Per

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
Hon. Vaughn R. Walker
United States District Court Judge

-1-

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER        CASE NO. CV 08-04891-VRW

## STIPULATION

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiffs Adobe Systems Incorporated, Corel Corporation, and Quark, Inc., by and through their counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendants Michael Balda and Paulette Balda, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for February 12, 2009 be postponed until ~~March 12, 2009~~ April 2, 2009 at 3:30 p.m., and that all related dates be adjusted accordingly.

The parties are engaged in settlement discussions that the parties expect to result in resolution of this action before March 12, 2009.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: January ____, 2009
DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED
COREL CORPORATION
QUARK, INC.

Dated: January ____, 2009
MICHAEL BALDA

By: _____
Michael Balda
Defendant Pro Per

Dated: January 9, 2009
PAULETTE BALDA

By: /s/ Paulette Balda
Paulette Balda
Defendant Pro Per

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/28/2009

_____
Hon. Vaughn R. Walker
United States District Judge

GRANTED
Judge Vaughn R Walker

-1-

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER    CASE NO. CV 08-04891-VRW