JULIE E. HOFER, #152185
Email: julie@donahue.com
ERIC A. HANDLER, #224637
Email: ehandler@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
COREL CORPORATION, and QUARK, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, and QUARK, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BALDA and PAULETTE BALDA, individuals, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C08-04891 VRW<br><br>**STIPULATION REGARDING PERMANENT INJUNCTION AND DISMISSAL; ORDER** |

## **STIPULATION**

Pursuant to Civil L.R. 6-1(a), Plaintiffs Adobe Systems Incorporated, Corel Corporation, and Quark, Inc., by and through their counsel of record, and Defendants Michael Balda and Paulette Balda hereby stipulate to the following:

1. Defendants, each and every agent, employee, successor, and assign of Defendants, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, are enjoined and restrained permanently from:

   (a) Copying, reproducing, distributing, or using any unauthorized copies of any copyrighted computer software products of Plaintiffs; and

   (b) Otherwise infringing any of Plaintiffs' copyrights.

2. The remaining claims for relief in this action have been settled with certain additional obligations to be performed by the parties pursuant to the settlement. The remaining action is hereby dismissed without prejudice provided, however, that this Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce performance of the terms of the parties' settlement agreement, and the parties to this action consent to the jurisdiction of the Court for said purposes.

Dated: May 5, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Eric A. Handler
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
COREL CORPORATION, and QUARK, INC.

Dated: 4-12, 2009

DEFENDANT MICHAEL BALDA

_____
Michael Balda
Defendant Pro Per

Dated: 4-12, 2009

DEFENDANT PAULETTE BALDA

_____
Paulette Balda
Defendant Pro Per

-1-

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2009



U.S. District Court Judge
Northern District of California